# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In Re: Debtor(s)
**Corey David Lewis**
100 Virgina Street
Covington, GA 30016

**xxx–xx–3348**

Case No.:  **24–57138–jwc**
Chapter:  **7**
Judge:  **Jeffery W. Cavender**

## NOTICE OF RESCHEDULED MEETING OF CREDITORS

You are hereby notified that the meeting of creditors has been rescheduled to **September 17, 2024** at **08:50 AM Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 627 912 5502, and Passcode 6497361809, OR call 1 (470) 924–8876**

At least seven days prior to the meeting, the debtor must provide the trustee with a photocopy of (1) the most recently filed federal income tax return or a transcript thereof; (2) government–issued photo ID; and (3) evidence of Social Security Number. Contact the trustee to obtain instructions for submitting these materials.

The Trustee assigned to this case is:

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

(404) 926–0060

Vania S. Allen
Clerk of Court
U.S. Bankruptcy Court

Dated:  August 20, 2024

Form 250